| | |
|---|---|
| Name | Richard A. Dillenburg |
| Bar # | 013813 |
| Firm | RICHARD A. DILLENBURG, P.C. |
| Address | 2173 E. Warner Rd., Ste. 10 |
| | Tempe, AZ  85284-3506 |
| | rich@dillenburglaw.com |
| Telephone | (480)668-1924 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Neighbors of the Mogollon Rim, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>United States Forest Service<br><br>Defendant. | **Case No.**  CV-18-01111-PHX-MHB<br><br>**Corporate Disclosure Statement** |

This Corporate Disclosure Statement is filed on behalf of Neighbors of Mogollon Rim, Inc. in compliance with the provisions of: *(check one)*

    ✓    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ☐    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ☐    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑  No such corporation.

☐  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

☐  _____Relationship_____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

☐  Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  16  day of  April , 2018 .

/s/  Richard A. Dillenburg
Counsel of Record

Certificate of Service:

I hereby certify that on April 16, 2018, I electronically transmitted the attached document ot the Clerk's Office using the CM/ECF System for filing and served copies of same via certified mail to the following:

Diana Varela                                         United States Forest Service
Civil Chief Office of the U.S. Attorney              c/o Cheif Vicki Christiansen
Two N. Central Ave., Ste. 1800                       1400 Independence Ave., SW
Phoenix, AZ  85004                                   Washington, DC  20250-1111

Chad A. Readler, Acting Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

By:   /s/  Jyl Babbitt