IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| **Neighbors of the Mogollon Rim, Inc.**, <br><br> Plaintiff, <br><br> v. <br><br> **United States Forest Service**, <br><br> Federal Defendant. | ) <br> ) <br> ) No. 2:18-cv-01111-DLR <br> ) <br> ) <br> ) **THE PARTIES'** <br> ) **SETTLEMENT AGREEMENT** <br> ) **AND STIPULATION OF** <br> ) **DISMISSAL** <br> ) <br> ) <br> ) |

    This Settlement Agreement and Stipulation of Dismissal ("Settlement Agreement" or "Agreement") is entered into by and between Plaintiff Neighbors of the Mogollon Rim, Inc., and Federal Defendant United States Forest Service. By and through undersigned counsel, the Parties state as follows:

    WHEREAS, this action was filed on April 11, 2018, in which Plaintiff alleged that the Forest Service's Annual Operating Instructions ("AOIs") for livestock grazing on the Bar X Allotment on the Tonto National Forest in Arizona violated the Federal Land Policy and Management Act ("FLPMA"), the National Forest Management Act ("NFMA"), the National Environmental Policy Act ("NEPA"), and their implementing regulations, *see* ECF No. 1;

THE PARTIES' STIPULATED SETTLEMENT AGREEMENT      1

WHEREAS, the Forest Service has amended the 2018 AOI for the Bar X Allotment to remove the Turkey/Colcord Pasture from authorized use and to reduce the total authorized use to be the same as or less than use authorized under the term grazing permit for the Bar X Allotment;

WHEREAS, the Parties, through their authorized representatives and without any admission or final adjudication of the issues of fact or law with respect to Plaintiff's claims, have reached a settlement that they consider to be a just, fair, adequate, and equitable resolution of the disputes set forth in Plaintiff's Complaint;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. The Forest Service will continue to ensure that future AOIs, or any other type of annual authorizations, for the Bar X Allotment are consistent with the existing term grazing permit for the Bar X Allotment while this Settlement Agreement is in effect.

2. The Forest Service will provide copies of any future AOIs or other annual authorizations for the Bar X Allotment to Plaintiff upon request while this Settlement Agreement is in effect.

3. The Forest Service will provide actual livestock use numbers grazed under the 2018 AOI and future AOIs or other annual authorizations for the Bar X Allotment to Plaintiff upon request once the relevant grazing season is completed, while this Settlement Agreement is in effect.

4. The Settlement Agreement will remain in effect until the Forest Service issues a new term livestock grazing permit and Allotment Management Plan for the Bar X Allotment, accompanied by a new NEPA analysis and a new consultation under the Endangered Species Act ("ESA"), as appropriate. Any challenge to the new permit and new Allotment Management Plan based on any claim under NEPA, the ESA, or any other law will be brought in a new lawsuit.

5. Plaintiff has indicated that it will make a claim for attorneys' fees, costs, and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412. The Parties agree to employ good faith efforts to reach an expeditious resolution of this claim. If a negotiated resolution of this claim cannot be reached, Plaintiff will file an application with the Court for its claimed attorneys' fees, costs, and expenses, consistent with 28 U.S.C. § 2412. By this agreement, Federal Defendant does not waive any right to contest any attorneys' fees, costs, and expenses claimed by Plaintiff.

6. No Party shall use this Settlement Agreement or the terms herein as evidence of what does or does not constitute lawful action under FLPMA, NFMA, NEPA, the ESA, implementing regulations, or any other law in any litigation or administrative process. Nor shall this Settlement Agreement or the terms herein be used to dictate or justify the process or level of analysis under any law that the Forest Service must follow or apply in issuing a new term livestock grazing permit and Allotment Management Plan for the Bar X Allotment.

7. This Settlement Agreement shall not constitute an admission of liability or fault on the part of Federal Defendant or any of its officers, agents or employees.

8. The Parties stipulate and agree, and hereby request, that the Court approve this Settlement Agreement and enter an order dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The terms of this Settlement Agreement will not go into effect until the Court enters that order of dismissal.

9. The Parties agree that the Court may retain jurisdiction over this matter solely to oversee compliance with the terms of this Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994). Any dispute over compliance with any provision of this Settlement Agreement shall proceed as set forth in Paragraph 10.

10. In the event that any Party believes another Party to be in breach of this agreement, such Party must give notice to the other Party at the earliest possible date.

The other Party shall have 14 days to respond to the claim of breach. If such a response is provided, the Parties shall have 60 days to meet and confer regarding the alleged breach, and any potential remedy. Notice from Plaintiff should be provided to the Forest Service and to undersigned counsel for Federal Defendant. The Parties agree that neither will seek contempt of court as a remedy for any violation of this Settlement Agreement, and the Parties therefore knowingly waive any right that they might have to seek an order of contempt for any such violation. No Party shall seek action by this Court or any other court regarding the alleged breach until either (a) the expiration of the meet and confer period, or (b) both Parties agree, in writing, that they have reached an impasse. Nothing in this section is intended to create a cause of action that would not otherwise exist, or to invest this Court with authority that it would not otherwise have.

11. No provision of this Settlement Agreement shall be interpreted as or constitute a commitment or requirement that the United States is obligated to pay funds in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other provision of law.

12. The Parties agree that this Settlement Agreement was negotiated in good faith and that this Agreement constitutes a full and complete settlement of claims in this case. By entering into this Agreement, the Parties do not waive any claim or defense.

13. The undersigned representatives of each Party certify that they are fully authorized by the Party they represent to agree to the Court's entry of the terms and conditions of this Agreement and do hereby agree to the terms herein.

Respectfully submitted this 9th day of October, 2018,

        JEFFREY H. WOOD
        Acting Assistant Attorney General
        Environment & Natural Resources Division
        United States Department of Justice

     /s/ Andrew A. Smith          .
ANDREW A. SMITH (NM Bar 8341)
Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224 1468
andrew.smith@usdoj.gov

*Attorney for Federal Defendant*


Richard A. Dillenburg, Esq. (013813)
**RICHARD A. DILLENBURG, P.C.**
2173 East Warner Road, Suite 101
Tempe, AZ 85284-3503
(480) 668-1924
rich@dillenburglaw.com

/s/ Lauren M. Rule (with approval) _
Lauren M. Rule (OSB # 015174)
**ADVOCATES FOR THE WEST**
3115 NE Sandy Blvd., Suite 223
Portland, OR 97232
(503) 914-6388
lrule@advocateswest.org

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of October, 2018, I filed the foregoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Andrew A. Smith*
Andrew A. Smith
U.S. Department of Justice