# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Neighbors of the Mogollon Rim Incorporated,<br><br>  Plaintiff,<br><br>v.<br><br>United States Forest Service,<br><br>  Defendant. | No. CV-18-01111-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Settlement Agreement and Stipulation of Dismissal. (Doc. 29.) For good cause shown,

**IT IS ORDERED** that the Court hereby approves and adopts the Parties' Settlement Agreement and Stipulation of Dismissal.

**IT IS FURTHER ORDERED** that Plaintiff's case is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to ensure compliance with the terms of the Settlement Agreement, as set forth in the Agreement.

Dated this 10th day of October, 2018.

Douglas L. Rayes
United States District Judge