PRERAK SHAH
Acting Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

ANDREW A. SMITH (NM Bar 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224-1468
andrew.smith@usdoj.gov

*Attorney for Federal Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Neighbors Of The Mogollon Rim, Inc.**, | ) <br> ) <br> ) No. CV-18-01111-PHX-DLR |
| Plaintiff, | ) <br> ) |
| v. | ) **FEDERAL DEFENDANT'S** <br> ) **NOTICE OF STAISFACTION** |
| **United States Forest Service**, | ) **AND TERMINATION OF** <br> ) **SETTLEMENT AGREEMENT** |
| Federal Defendant. | ) <br> ) <br> ) |

Federal Defendant, by and through undersigned counsel or record, hereby notifies the Court that Federal Defendant has fulfilled and satisfied the terms of the October 9, 2018 Settlement Agreement and Stipulation of Dismissal in this matter, ECF No. 29. In accordance with Paragraph 4 of that Agreement, the Forest Service has issued a new term

Federal Defendant's Notice of Satisfaction and Termination of Settlement Agreement    1

livestock grazing permit and Allotment Management Plan for the Bar X Allotment, accompanied by a new NEPA analysis and a new consultation under the Endangered Species Act. *See id.* ¶ 4. Federal Defendant has provided these documents to Plaintiff, through counsel of record. Because the Forest Service has completed these commitments, by its express terms the Settlement Agreement is no longer in effect. *See id.*

Respectfully submitted this 24th day of January, 2020,

        PRERAK SHAHAL
        Acting Deputy Assistant Attorney General
        Environment & Natural Resources Division
        United States Department of Justice

          /s/ Andrew A. Smith                .
        ANDREW A. SMITH (NM Bar 8341)
        Senior Trial Attorney
        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        c/o United States Attorney's Office
        201 Third Street, N.W., Suite 900
        P.O. Box 607
        Albuquerque, New Mexico 87103
        Phone: (505) 224 1468
        andrew.smith@usdoj.gov

        *Attorney for Federal Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of January, 2020, I filed the foregoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Andrew A. Smith*
Andrew A. Smith
U.S. Department of Justice